THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL P. TELEHANY, Appellant.—Judgment unanimously affirmed. Memorandum: The facts that defendant had been seeing a psychiatrist who prescribed medication to relieve anxiety and that he had been treated for alcohol abuse did not raise a doubt about defendant's competency to understand the proceedings against him, appreciate their significance, and actively aid his attorney in his defense (see, Lokos v Capps, 625 F2d 1258, 1261, reh denied 631 F2d 732; People v Dudasik, 112 AD2d 20).

We reject defendant's contention that the verdict was against the weight of the evidence. (Appeal from Judgment of Steuben County Court, Scudder, J.—Criminal Possession Stolen Property, 4th Degree.) Present—Boomer, J. P., Pine, Lawton, Fallon and Doerr, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS I. FAULKNER, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Steuben County Court, Purple, Jr., J.—Sexual Abuse, 1st Degree.) Present—Boomer, J. P., Pine, Lawton, Fallon and Doerr, JJ.